FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2017 OCT 26 P 4: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:17MJ 489 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: October 31, 2017 |
| PATRICK J. MCCORMICK, JR, ) | |
| ) | |
| Defendant. ) | |

**CRIMINAL INFORMATION**
(Count 1 –CLASS A MISDEMEANOR- 7334331)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2- CLASS B PETTY - 6592875)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did, while operating a motor vehicle, follow another motor vehicle, trailer or semitrailer more closely than is reasonable and prudent.

(Violation of Title 36 Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 816).

(Count 3- CLASS B PETTY - 7334330)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did unlawfully drive a motor vehicle on the highways in the Commonwealth of Virginia at a speed of twenty miles per hour or more in excess of the applicable maximum speed limits.

(Violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 862(i)).

(Count 4- CLASS B PETTY - 7334332)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did unlawfully operate a motor vehicle on a highway in the Commonwealth of Virginia by exceeding the posted speed limit, to wit: traveling 77 mph in a posted 50 mph zone. (Violation of Title 36, Code of Federal Regulations, Section 4.21(c)).

(Count 5- CLASS B PETTY – 7334333)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did unlawfully drive a vehicle upon a highway failing to stay in a single lane and prior to moving from that lane, failed to ascertain that the movement could be made safely.

(Violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 804(2)).

(Count 6- CLASS B PETTY – 7334334)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did unlawfully operate a motor vehicle while under the influence of intoxicating liquor or drugs, to a degree that rendered him incapable of safe operation of a motor vehicle. (Violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

(Count 7- CLASS B PETTY – 7334335)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 13, 2017, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, PATRICK J. MCCORMICK, JR., did unlawfully refuse to submit to one or more tests of the blood, breath, saliva or urine for the purpose of determining blood alcohol and drug content.

(Violation of Title 36, Code of Federal Regulations, Section 4.23(c)(2)).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Rosanne C. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 26th day of October, 2017.

Rosanne C. Haney
Assistant United States Attorney